NO. 07-04-0279-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



JUNE 14, 2004



______________________________




MICHAEL EDMONDSON, APPELLANT



V.



ENTREPRENEUR MEDIA, INC. AND JOHN A. MUELLER, APPELLEES




_________________________________



FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;



NO. 89,925-B; HONORABLE JOHN BOARD, JUDGE



_______________________________



Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Following a bench trial and rendition of judgment in his favor, appellant Michael
Edmondson perfected this appeal against appellees Entrepreneur Media, Inc. and John
A. Mueller. By letter dated May 17, 2004, this Court directed Edmondson to pay the
required filing fee of $125 within ten days before any further action could be taken in this
appeal, noting that failure to do so might result in dismissal. Unless a party is excused
from paying a filing fee, the Clerk of this Court is required to collect filing fees set by statute
or the Supreme Court when an item is presented for filing. See Tex. R. App. P. 5 and
12.1(b). Although the filing of a notice of appeal invokes this Court's jurisdiction, if a party
fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. 
Tex. R. App. P. 25.1(b). Thus, because the filing fee of $125 remains unpaid, we must
dismiss the appeal.

 Accordingly, the appeal is dismissed for failure to comply with the Texas Rules of
Appellate Procedure and with a notice from the Clerk requiring payment of the filing fee. 
Tex. R. App. P. 42.3(c). 

 Don H. Reavis

 Justice



: 'Arial', sans-serif">AT AMARILLO

PANEL C

JULY 9, 2009

______________________________
 

IN THE INTEREST OF A.G., A.G., AND A.C., JR. CHILDREN

_________________________________

FROM COUNTY COURT AT LAW NO. 2 OF RANDALL COUNTY;

NO. 6014-L2; HONORABLE RONALD WALKER, JR., JUDGE

_______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
MEMORANDUM OPINION
          Appellant, G.G., filed this appeal to challenge the trial court’s order terminating his
parental rights to his children A.G. and A.G.


 Pending before this Court is G.G.’s
unopposed Notice of Dismissal of Appeal in which he expresses his desire to dismiss this
appeal. Without passing on the merits of the case, G.G.’s motion is granted and the
appeal is dismissed. Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at G.G.’s
request, no motion for rehearing will be entertained and our mandate will issue forthwith.


                                                                           Patrick A. Pirtle

                                                                                 Justice